UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
94-10287-MLW

UNITED STATES OF AMERICA

v.

JAMES MARTORANO

MEMORANDUM AND ORDER ON PRETRIAL MOTIONS

February 23, 1995

COHEN, M.J.

Pursuant to Rules 7.1(d) and (e) of the Local Rules of this Court [effective September 1, 1990], and upon review of the relevant pleadings, defendant's Motion to Adopt All Previously Filed Pre-Trial Motions (# 88) is denied except to the limited extent set forth below with respect to dispositive motions.

Insofar as the motion relates to discovery and discovery-related motions filed by co-defendants, motion denied for the reason that there has been no showing that those motions, otherwise unidentified, are applicable to this defendant, or, if generally applicable, the particular extent to which those motions are applicable to this defendant. Cf. United States v. Zannino, 895 F.2d 1, 17 (1st Cir. 1990).

To the extent that the motion relates to dispositive motions, motion allowed, conditioned, however, on the requirement that the defendant, within 10 days of this Memorandum and Order, file a written statement with this court specifically identifying those

/100

dispositive motions in which he seeks to join, and the rationale showing the applicability of that particular motion to this particular defendant, including, where necessary on account of the motion filed by the co-defendant(s), the standing of this particular defendant to assert that motion or otherwise obtain the relief sought. Cf. United States v. Zannino, 891 F.2d 1, 17 (1st Cir. 1990).

                                           UNITED STATES MAGISTRATE JUDGE